**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

FILED

AUG 2 8 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| **RANDY JONES, DON CARTER** ) | |
| **ROBERT WINTERS, AND JOHN** ) | |
| **BOATFIELD** ( | |
| ) | |
| **PLAINTIFF,** ( | |
| ) | **CASE # 1:23-CV-00112-TAV-SKL** |
| **VS.** ( | **HONORABLE THOMAS VARLAN** |
| ) | |
| **DAVID R. ESQUIVEL, AND** ( | **TRO** |
| **HOWARD JEFFERSON ATKINS** ) | **INJUCTIVE** |
| ) | **CLASS ACTION** |
| **Defendants.** ) | **JURY TRIAL DEMAND** |

## <u>MOTION FOR DEFAULT JUDGMENT</u>

Comes now, Randy Jones, Don Carter, Robert Winters, John Boatfield, Plaintiffs, pursuant to

Federal Rules of Civil Procedure Rule 55(b)(1), for entry of judgment by default against

Defendant David Esquivel. In support of this motion, plaintiffs rely upon the record in this case

and the declaration submitted herein.

Respectfully submitted this the <u>22</u> day of <u>August</u>, 2024.

Randy Jones  #120234
B.C.C.X. Mens Complex
1045 Horsehead Rd.
Pikeville, TN 37367

Don Carter  #273092
B.C.C.X. Mens Complex
1045 Horsehead Rd
Pikeville, TN 37367

Robert Winters  #325157
B.C.C.X. Mens Complex
1045 Horsehead Rd.
Pikeville, TN 37367

John Boatfield  #319189
B.C.C.X. Mens Complex
1045 Horsehead Rd
Pikeville, TN 37367