UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RANDY JONES,<br>DON CARTER,<br>ROBERT WINTERS, and<br>JOHN BOATFIELD,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID R. ESQUIVEL and<br>HOWARD JEFFERSON ATKINS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No.:    1:23-CV-112-TAV-SKL<br>)<br>)<br>)<br>)<br>) |

## ORDER

This civil action is before the Court on *pro se* plaintiffs' Motion for Default Judgment [Doc. 42]. Entry of default is appropriate only where a party "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). Plaintiffs allege that defendants have not served them with a response or a request for additional time following July 24, 2024 [Doc 42-1, p. 2]. But defendants moved the Court for a time extension on August 6, 2024, to which they affixed a certificate of service upon the defendants via U.S. Mail [Doc. 40] and the Court granted this request [Doc. 41]. As such, the Court does not find that defendants have "failed to plead or otherwise defend" under Rule 55(a), because the time to "plead or otherwise defend" has not yet expired. Accordingly, plaintiffs' motion for default judgment [Doc. 42] is **DENIED**.

IT IS SO ORDERED.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE