UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RANDY JONES, <br> DON CARTER, <br> ROBERT WINTERS, and <br> JOHN BOATFIELD, <br><br>      Plaintiffs, <br><br> v. <br><br> DAVID R. ESQUIVEL and <br> HOWARD JEFFERSON ATKINS, <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    No.:   1:23-CV-112-TAV-MJD <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously with this Order, defendants' motion to dismiss [Doc. 47] is **GRANTED** and this matter is **DISMISSED with prejudice**. Plaintiffs' pending Motion to Take Judicial Notice [Doc. 50] is **DENIED as moot**. There being no remaining claims to adjudicate, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                       s/ Thomas A. Varlan
                                       UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT